# EXHIBIT 1

Rec'd. 12-27-18

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Ivory Stegall, Jr.
Plaintiff

vs.

OAG27DEC'18AM11:12

Case Number 2018 CA 008547 V

District of Columbia, et al.
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Darragh Inman
Name of Plaintiff's Attorney

6200 Baltimore Ave., #400
Address
Riverdale, MD 20737

301-864-4040
Telephone

Clerk of the Court

By [signature]
Deputy Clerk

Date 12/13/2018

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

______________________________
Demandante

contra

Número de Caso: ______________________

______________________________
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

______________________________
Nombre del abogado del Demandante

______________________________
Dirección

Por: ______________________________
Subsecretario

______________________________

Fecha ______________________________

______________________________
Teléfono

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828

[illegible](202) 879-4828 [illegible] የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Ivory Stegall, Jr.
Plaintiff

vs.

Case Number 2018 CA 008547 V

Officer Charles Weems, et al
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Darrach Inman
Name of Plaintiff's Attorney

6200 Baltimore Ave, # 400
Address
Riverdale, MD 20737

301-864-[illegible]
Telephone

*Clerk of the Court*

By [signature]
Deputy Clerk

Date 12/13/2018

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

________________________________________
Demandante

contra

Número de Caso: ____________________

________________________________________
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

____________________________________
Nombre del abogado del Demandante

____________________________________
Dirección

____________________________________

____________________________________
Teléfono

Por: ____________________________________
Subsecretario

Fecha ____________________________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

IVORY STEGALL JR
Vs. C.A. No. 2018 CA 008547 V
THE DISTRICT OF COLUMBIA et al

# INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge BRIAN F HOLEMAN
Date: December 13, 2018
Initial Conference: 9:30 am, Friday, March 15, 2019
Location: Courtroom 516
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

**ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES**

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Robert E. Morin

Filed
D.C. Superior Court
12/13/2018 12:09PM
Clerk of the Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

IVORY STEGALL, JR.
3841 St. Barnabas Road #102
Suitland, Maryland 20746

Plaintiff

v.

OFFICER CHARLES WEEMS
7TH District Station
2455 Alabama Avenue, S.E.
Washington, D.C. 20020

And

THE DISTRICT OF COLUMBIA
SERVE: Muriel Bowser, Mayor
1 Judiciary Center 441 4th St. N.W.
Washington, D.C. 20001

And

SERVE: CARL A. RACCINE
441 4th Street N.W.
Washington, D.C. 20001

Defendant

2018 CA 008547 V

COMPLAINT

The Plaintiff Ivory Stegall, Jr., through counsel, hereby files suit against Officer Charles Weems and the District of Columbia and states as follows:

1. On or about July 18, 2018, Ivory Stegall was operating a motor vehicle in the District of Columbia.

2. While lawfully operating his motor vehicle, Mr. Stegall was pulled over by Officer Charles Weems, a Metropolitan Police Department police officer.

3. Officer Weems did not have a lawful basis for the traffic

RENSIN &
ROSENSTEIN, LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737
(301) 864-4200

stop.

4. Officer Weems purported to perform a search per Mr. Stegall's drivers license on police issued and maintained equipment.

5. Officer Weems purported to Mr. Stegall that this search did not retrieve a drivers license number for him.

6. Mr. Weems then arrested Mr. Stegall and drove him to the Metropolitan Police Department.

7. Ms. Stegall did in fact have a valid drivers license at the time of the stop. He maintains that valid drivers license to this day.

8. Mr. Weems was also charged with a seat belt infraction, which was not a grounds for his arrest.

9. After being detained for at least two hours in the jail itself, Mr. Stegall was arrested and not charged.

COUNT I.

(Negligence - Stegall v. Weems)

Mr. Stegall incorporates all the above paragraphs as if fully stated herein.

10. On July 18, 2018, Mr. Stegall was lawfully operating his motor vehicle in the District of Columbia.

11. On or about the same time, Officer Charles Weems, a police officer with the Metropolitan Police Department, Washington, D.C. was in the area in which Mr. Stegall was operating his motor vehicle.

12. Mr. Stegall was complying with all traffic laws.

RENSIN & ROSENSTEIN, LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737
(301) 864-4200

13. Mr. Stegall had a valid drivers license and valid registration for his vehicle.

14. Officer Charles Weems initiated a traffic stop.

15. Mr. Stegall complied with the traffic stop and surrendered his drivers license to Officer Weems.

16. Officer Weems purported to run a check of the validity of Mr. Stegall's drivers license using police issued equipment.

17. Officer Weems then returned to Mr. Stegall and indicated that purportedly no match or verification of the validity of Mr. Stegall's drivers license came from his search. Mr. Weems then placed Mr. Stegall under arrest for driving without a drivers permit.

18. Officer Weems then took Mr. Stegall to jail where he was detained in prison for approximately two hours.

19. At all times, Mr. Stegall did in fact have a valid drivers license.

20. Officer Weems deviated from the standard of care with respect to the drivers license search by failing to properly perform the search, failing to verify with dispatch or other officers that no drivers license was on record for Mr. Stegall, failing to properly input the data necessary for a proper search to occur, and was in other ways negligent in performing the search.

21. As an actual and proximate result of this negligence, Officer Weems believed that he had found a driver who was driving without a valid license in the District of Columbia, when in fact Mr. Stegall did have a valid license.

RENSIN &
ROSENSTEIN, LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737
(301) 864-4200

22. As an actual and proximate result of this error by Officer Weems, Officer Weems arrested Mr. Stegall without any cause, justification, or legal right, and brought in to the Metropolitan Police Department where he was placed in jail for at least two hours.

23. All events occurred solely due to the negligence of Officer Weems, and no action by Mr. Stegall contributed to the incident in any way.

24. As a result of Officer Weems' negligence, Mr. Stegall was unlawfully deprived of his freedom, liberty interest, and rights in violation of the Constitution of the United States.

Wherefore, the Plaintiff Ivory Stegall prays for judgment against Defendant Officer Charles Weems in the amount of One Hundred Thousand Dollars ($100,000).

COUNT II.

(Vicarious Liability - Stegall v. District of Columbia)

Mr. Stegall incorporates all the above paragraphs as if fully stated herein.

25. On July 18, 2018, Mr. Stegall was operating a motor vehicle in the District of Columbia.

26. At the same time, Officer Charles Weems was on duty and acting in the course and scope of his employment as a Metropolitan Police Department officer for the District of Columbia.

27. Officer Charles Weems initiated a traffic stop of Mr. Stegall.

28. During that traffic stop, Officer Weems either improperly

RENSIN & ROSENSTEIN LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737
(301) 864-4200

performed a check to determine the validity of Mr. Stegall's license, or the equipment on which she was performing the check was improperly maintained and malfunctioned.

29. This action was taken in the course and scope of Officer Weems' employment with the District of Columbia.

30. Officer Weems actions were negligent in that he failed to properly perform the check,, failed to verify the negative results of the check with other officers or dispatch, and was in other ways negligent.

31. All negligent acts of Officer Weems occurred in the scope and course of his employment with the District of Columbia.

32. Accordingly, the District of Columbia is vicariously liable for the actions of Officer Weems.

33. As an actual and proximate result of Officer Weems' negligent performance of the license check, Officer Weems arrested Mr. Stegall and brought him to the police station, and Mr. Stegall was jailed for at least two hours in that station.

34. The District of Columbia is vicariously liable for these negligent acts and for the time Mr. Stegall was wrongfully arrested and wrongfully detained.

35. All actions occurred solely due to the negligence of Mr. Weems, working within the scope and course of his employment, any actions of Mr. Stegall did not contribute in any way.

Wherefore, the Plaintiff Ivory Stegall prays for judgment against the District of Columbia in the amount of One Hundred Thousand Dollars ($100,000).

BENSIN &
ROSENSTEIN, LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737

(301) 864-4200

COUNT III.

(Negligence - Stegall v. District of Columbia)

Plaintiff incorporates all the above paragraphs as if fully stated herein.

36. On July 28, 2018, Ivory Stegall was stopped by Officer Charles Weems, an officer with the Metropolitan Police Department in Washington, D.C., and Mr. Stegall had his drivers license taken by Mr. Weems.

37. Officer Weems performed a search using District of Columbia owned and maintained equipment in an attempt to determine whether or not Mr. Stegall's drivers license was still valid or had any negative marks against it.

38. In doing so, Officer Williams used District of Columbia provided and maintained equipment.

39. According to Officer Weems, that equipment incorrectly indicated that Mr. Stegall did not have a valid drivers license at the time in which it was used.

40. The District of Columbia owed a duty to the public to maintain its police equipment in a manner that would render it reasonable to use for police purposes such as verifying the authenticity and validity of a drivers license.

41. The District of Columbia breached this duty by improperly maintaining the equipment Officer Weems used, improperly purchasing that equipment, and in other ways was negligent.

42. As the actual and proximate result of the failure of the equipment that Officer Weems used to function properly due to

BENSIN & ROSENSTEIN, LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737
(301) 864-4200

negligent maintenance or other reasons, Officer Weems arrested Mr. Stegall, transported him to the DC Police station, and allowed him to be detained in jail, for at least two hours.

43. All events occurred solely due to the negligence of the District of Columbia and Ivory Stegall did not contribute to the events in any way.

Wherefore, Ivory Stegall prays for judgment against Defendant District of Columbia, in the amount of One Hundred Thousand Dollars ($100,000).

COUNT IV.

(False Arrest and Imprisonment - Stegall v. Weems)

44. Mr. Stegall incorporates all the above paragraphs as if fully stated in this paragraph.

45. On July 18, 2018, Mr. Stegall was operating a motor vehicle in the District of Columbia.

46. At the same time, Officer Charles Weems was on duty and working in the course and scope of his employment for the Metropolitan Police Department of Washington, D.C.

47. Officer Weems initiated a traffic stop.

48. At the time of the stop, Plaintiff Ivory Stegall was complying with all traffic laws and was not engaged in any activity which gave Officer Weems grounds for a reasonable articulable suspension of criminal conduct.

49. Despite the lack of cause, Officer Weems engaged in a traffic stop and pulled over Mr. Stegall.

50. In the course of this stop, Officer Weems obtained Mr.

RENSIN & ROSENSTEIN, LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737
(301) 864-4200

Stegall's drivers license from him.

51. After obtaining the drivers license, Officer Weems purposed to run a check of the drivers license to ensure that it was valid and in good standing.

52. Officer Weems returned to Mr. Stegall and indicated that the drivers license was invalid.

53. Mr. Stegall knew this to be true, and in fact his license was valid at the time of the stop and to this day.

54. Officer Weems either improperly performed the drivers license check, or improperly failed to verify its results, prior to arresting Mr. Stegall.

55. Officer Weems then placed Mr. Stegall under arrest.

56. At the time Officer Weems arrested Mr. Stegall, he had no sufficient legal justification for the arrest.

57. At the time Officer Weems arrested Mr. Stegall, he did so without a reasonable belief in good faith that Mr. Stegall had committed or was committing a crime.

58. Officer Weems continued the false arrest and detention by transporting Mr. Stegall to the police station, where he was placed in a jail cell for at least two hours.

59. At no time during the period in which Mr. Stegall was arrested, did Officer Weems have a good faith basis to believe that his arrest was lawful and that arresting him was reasonable under the circumstances.

60. Mr. Stegall's arrest under these circumstances, violated his constitutional rights under the 4th and 14th Amendment to the

RENSIN &
ROSENSTEIN LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737
(301) 864-4200

United States Constitution.

Wherefore, Plaintiff Ivory Stegall prays for judgment against defendant Charles Weems in the amount of One Hundred Thousand Dollars ($100,00).

COUNT V.

(Title 42 USC Section 1983-False Arrest-
Stegall v. Weems)

The Plaintiff incorporates all the above paragraphs as if fully stated in this paragraph.

61. On July 18, 2018, Ivory Stegall was operating a motor vehicle in the District of Columbia.

62. At the same time, Officer Charles Weems was in the area working in the course and scope of his employment with the Metropolitan Police Department in the District of Columbia.

63. At all times Office Weems acted under color of law and with the authority of the District of Columbia government.

64. Officer Weems initiated an improper traffic stop of Ivory Stegall while Mr. Stegall was operating his motor vehicle.

65. Mr. Weems was without probable cause, and lacked a reasonable belief at the time that Mr. Stegall was involved in any criminal activity in the past or present.

66. During the stop, Officer Weems purported to do a drivers license check of Mr. Stegall's drivers license to determine if it was still valid and in good standing.

67. Mr. Stegall's drivers license was at the time of the stop, and to this day, in good standing and valid.

RENSIN &
ROSENSTEIN, LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737
(301) 864-4200

68. Officer Weems, after purporting to do the check, claimed that Mr. Stegall's license was invalid and placed him under arrest.

69. Mr. Stegall's license was in fact valid and any reasonable attempts to ascertain the validity of his license would have indicated that.

70. In arresting Mr. Stegall for having an invalid drivers license, which was contrary to the truth, Officer Weems deprived Mr. Stegall of his constitutional rights under the 4th Amendment and 14th Amendment to the United States Constitution.

71. Officer Weems's deprivation of Mr. Stegall's rights was done through conduct which was under color of state law.

72. As a result of Officer Weems's illegal arrest, Mr. Stegall was transported to the police station and placed in jail for at least two hours.

73. As a result of Mr. Stegall's unlawful arrest, he suffered emotional distress, a deprivation of liberty, and was in other ways injured.

Wherefore Plaintiff Ivory Stegall prays for judgment against Defendant Charles Weems, in the amount of One Hundred Thousand Dollars ($100,000), plus reasonable attorney's fees and costs.

Respectfully submitted,

RENSIN & ROSENSTEIN, LLP

DARRAGH L. INMAN, ESQUIRE
#501582
6200 Baltimore Avenue #400
Riverdale, Maryland 20737
301-864-4200



RENSIN & ROSENSTEIN LLP
6200 BALTIMORE AVENUE
SUITE 400
RIVERDALE, MD 20737
(301) 864-4200

*Rensin & Rosenstein, LLP*
*Attorneys at Law*
*6200 Baltimore Avenue*
*Suite 400*
*Riverdale, Maryland 20737*

**CERTIFIED MAIL®**

7016 0910 0001 5429 9181




The District of Columbia
Serve: Carl Raccine
441 4th Street N.W.
Washington, D.C. 20001

Civil Lit.
630 S

# EXHIBIT 2

# 2018 CA 008547 V STEGALL JR, IVORY Vs. THE DISTRICT OF COLUMBIA et al HMP

- Case Type:
- Vehicle - Automobile
- Case Status:
- Open
- File Date:
- 12/12/2018
- Action:
- Complaint for Personal Tort (Vehicle)
- Status Date:
- 12/12/2018
- Next Event:
- 03/15/2019

All Information | Party | Event | Docket | Receipt | Disposition

## Party Information

**STEGALL, JR, IVORY**
- Plaintiff

- Disposition — **Alias**
- Disp Date — **Party Attorney**
  - Attorney
  - ROSENSTEIN, CRAIG A

**THE DISTRICT OF COLUMBIA**
- Defendant

- Disposition — **Alias**
- Disp Date — **Party Attorney**

**WEEMS, OFC CHARLES**
- Defendant

- Disposition — **Alias**
- Disp Date — **Party Attorney**

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 03/15/2019 09:30 AM | Courtroom 516 | Initial Scheduling Conference-60 | | PASICHOW, HEIDI M |

## Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 12/12/2018 | Complaint for Personal Tort (Vehicle) Filed Receipt: 415378 Date: 12/13/2018 | |
| 12/12/2018 | eComplaint. Filed. Submitted. 12/12/2018 09:19. ncv.<br>(NO INFORMATION SHEET SUBMITTED AT FILING)<br>Attorney: ROSENSTEIN, Mr CRAIG A (418699)<br>IVORY STEGALL JR (Plaintiff); | Image |
| 12/13/2018 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 03/15/2019 Time: 9:30 am<br>Judge: HOLEMAN, BRIAN F Location: Courtroom 516 | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 12/31/2018 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 03/15/2019 Time: 9:30 am<br>Judge: PASICHOW, HEIDI M Location: Courtroom 516 | |
| 12/31/2018 | Judge Caseload Transfer<br>The judge was changed from HOLEMAN, BRIAN F to PASICHOW, HEIDI . | |

## Receipts

| Receipt Number | Receipt Date | Received From | | Payment Amount |
|---|---|---|---|---|
| 415378 | 12/13/2018 | ROSENSTEIN, Mr CRAIG A | | $120.00 |
| Total | Total | Total | Total | $120.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | PASICHOW, HEIDI M |